ALSD Local AO 93  (Rev. 8/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama



Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Edwina Crawford*
Deputy Clerk
Date: December 11, 2020

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   20-mj-107
)
Information associated with ██████@gmail.com )
that is stored at premises controlled by Google LLC )   Filed under seal
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
  See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
  See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____December 23, 2020_____
                                                              *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
P. Bradley Murray                                          .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/10/2020 at 12:30 pm

P. Bradley Murray U.S.
Magistrate Judge

Digitally signed by P. Bradley Murray U.S. Magistrate Judge
DN: cn=P. Bradley Murray U.S. Magistrate Judge,
o=Southern District of Alabama, ou=United States District
Court, email=efile_murray@alsd.uscourts.gov, c=US
2020.12.10 12:31:54 -06'00'

*Judge's signature*

City and state:   Mobile, Alabama                    P. Bradley Murray, U.S. Magistrate Judge
                                                          *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| *Return* | | |
|---|---|---|
| *Case No.:*<br>99-MO-3309962 | *Date and time warrant executed:*<br>December 14,2020 10:30 a.m. | *Copy of warrant and inventory left with:* |
| *Inventory made in the presence of :*   FoA Melanie Wascom | | |

*Inventory of the property taken and name of any person(s) seized:*

---

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  May 3, 2021

*Nicholas McConnell*

*Executing officer's signature*

Special Agent Nicholas McConnell

*Printed name and title*